AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:20-cv-10053-SDW-LDW |
| JOSEPH CENTANNI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff United States of America                                                                          .

Date:    08/11/2020

/s/Kathryn E. Legomsky
*Attorney's signature*

Kathryn E. Legomsky (California 275571)
*Printed name and bar number*

U.S. Department of Justice, Civil Rights Division
Housing & Civil Enforcement Section
950 Pennsylvania Ave. NW - 4CON - 8th floor
Washington, DC 20530
*Address*

kathryn.legomsky@usdoj.gov
*E-mail address*

(202) 616-2450
*Telephone number*

(202) 514-1116
*FAX number*