LAW OFFICES
**LONDA & LONDA**
277 NORTH BROAD STREET
ELIZABETH, NEW JERSEY 07208

(908) 353-5600

RAYMOND S. LONDA
FELICE T. LONDA (Retired)

FAX (908) 353-5610

October 19, 2021

Hon. Andre M. Espinosa
US District Court
District of New Jersey
50 Walnut Street
Room 4015
Newark, New Jersey 07101

Re: United States of America vs. Joseph Centanni
Docket No.: 2:20-cv-10053-JXN-AME

Dear Judge Espinosa:

The above matter is scheduled for a status conference on October 26, 2021, at 2:30 p.m. Both the U.S. Attorney and defense counsel request that the matter be rescheduled either for November 16, 2021, in the afternoon or for November 17, 2021, in the morning before 11:00 a.m. We further request that a status letter be submitted to you on November 12, 2021, rather than on October 21, 2021. Will you please advise whether our request will be granted and which of the two proposed dates is acceptable to the Court.

Respectfully submitted,

Londa & Londa, Esqs.

Raymond S. Londa

RSL/sp

Cc: Michael E. Campion, Esq.
    Erin Richmond, Esq.
    Susan Millenky, Esq.
    Joseph Hayden, Esq.
    Brendan Walsh, Esq.
    Joseph Centanni