**U.S. Department of Justice**

SSM:RTH:EMR:KL
DJ 175-48-298

| United States Attorney's Office<br>District of New Jersey | Civil Rights Division<br>Housing and Civil Enforcement<br>Section |
|---|---|
| *U.S. Mail:* 970 Broad Street 7th Floor<br>Newark, New Jersey 07102<br>*Telephone:* (973) 645-2700<br>*Facsimile:* (973) 645-2702 | *U.S. Mail:* 950 Pennsylvania Avenue, NW - 4CON<br>Washington, DC  20530<br>*Overnight:* 150 M Street, NE<br>Room 8.000<br>Washington, DC  20002<br>*Telephone:* (202) 514-4713<br>*Facsimile:* (202) 514-1116 |

November 22, 2021

**By ECF**
The Honorable André M. Espinosa
Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:     *United States v. Centanni*, No. 2:20-cv-10053 (JXN) (AME)

Dear Judge Espinosa:

We write on behalf of both parties to update the Court in advance of the November 29, 2021 status conference scheduled in the above-referenced matter. *See* ECF No. 28.

On November 30, 2020, the Court issued its Pretrial Scheduling Order. ECF No. 12 (ordering fact discovery to remain open through September 30, 2021, among other things). On April 19, 2021, the Court granted defendant's request for a six-month stay of this action. ECF No. 22. The stay expired on October 19, 2021.

During the past several months, the parties have negotiated in good faith to explore potential resolution of this matter before the defendant devotes substantial resources to discovery. The parties have made substantial progress and expect to reach final agreement on a proposed Consent Decree to resolve this matter and submit it to the Court soon. The parties therefore do not believe it is necessary to ask the Court to enter a new Scheduling Order at this time. However, should the parties be unable to reach resolution as expected, the parties would request a new Scheduling Order and would submit proposed dates to the Court. The parties will be prepared to discuss the status of a potential resolution during the November 29 conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| SAMEENA SHINA MAJEED<br>Chief, Housing and Civil Enforcement Section | RACHAEL A. HONIG<br>Acting United States Attorney |
| By: *s/ Erin Meehan Richmond*<br>Erin Meehan Richmond<br>Trial Attorney | By: *s/ Susan Millenky*<br>Susan Millenky<br>Assistant United States Attorney |

cc:   Counsel of Record (By ECF)

## **CERTIFICATE OF SERVICE**

I, Susan Millenky, Assistant United States Attorney for the District of New Jersey, hereby certify that on November 22, 2021, a copy of the foregoing letter was served on counsel for all parties by ECF.

Dated: Newark, New Jersey
      November 22, 2021

                                            *s/ Susan Millenky*
                                            SUSAN MILLENKY
                                            Assistant United States Attorney