MERRICK B. GARLAND
ATTORNEY GENERAL

| | |
|---|---|
| KRISTEN CLARKE | RACHAEL A. HONIG |
| Assistant Attorney General | Acting United States Attorney |
| Civil Rights Division | MICHAEL E. CAMPION |
| SAMEENA SHINA MAJEED | Chief, Civil Rights Unit |
| Chief | SUSAN MILLENKY |
| R. TAMAR HAGLER | Assistant U.S. Attorney |
| Deputy Chief | 970 Broad Street, Suite 700 |
| ERIN MEEHAN RICHMOND | Newark, NJ 07102 |
| KATHRYN LEGOMSKY | Tel: (973) 645-2700 |
| Attorneys | |
| United States Department of Justice | |
| Civil Rights Division | |
| Housing and Civil Enforcement Section | |
| 950 Pennsylvania Avenue, NW | |
| Washington, DC 20530 | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff,*<br>v.<br><br>JOSEPH CENTANNI,<br><br>       *Defendant.* | Civil Action No. 2:20-cv-10053-JXN-AME |

**NOTICE OF JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Please take notice that plaintiff the United States of America and defendant Joseph Centanni (collectively, "the Parties") hereby jointly and respectfully request that this Court enter the attached agreed consent decree as an order of the Court. *See* Attachment 1. In support of this motion, the Parties submit the accompanying

memorandum of law.  *See* Attachment 2.

Dated this 14th day of December, 2021

Respectfully submitted,

FOR PLAINTIFF UNITED STATES OF AMERICA:

Dated:  December 14, 2021

| | |
|---|---|
| RACHAEL A. HONIG<br>Acting United States Attorney<br>District of New Jersey | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>SAMEENA SHINA MAJEED<br>Chief |
| By: *s/ Susan Millenky*<br>MICHAEL E. CAMPION<br>Chief, Civil Rights Unit<br>SUSAN MILLENKY<br>Assistant U.S. Attorneys<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>Phone: (973) 645-2700<br>Fax: (973) 297-2010<br>Email:<br>susan.millenky@usdoj.gov | By: *s/ Erin Meehan Richmond*<br>R. TAMAR HAGLER<br>Deputy Chief<br>ERIN MEEHAN RICHMOND<br>KATHRYN LEGOMSKY<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW – 4CON<br>Washington, DC 20530<br>Phone: (202) 307-0385<br>Fax: (202) 514-1116<br>E-mail:<br>erin.richmond@usdoj.gov |

*Attorneys for Plaintiff*
*United States of America*

FOR DEFENDANT JOSEPH CENTANNI:

Dated:  December 14, 2021

| LONDA & LONDA | PASHMAN STEIN WALDER HAYDEN |
|---|---|
| By: *s/ Raymond S. Londa* <br> RAYMOND S. LONDA <br> Londa & Londa 277 <br> N. Broad St. <br> Elizabeth, NJ 07202 <br> Phone: (908) 353-5600 <br> Fax: (908) 353-5610 <br> Email: <br> raymondslonda@outlook.com | By: *s/ Joseph A. Hayden, Jr.* <br> JOSEPH A. HAYDEN, JR. <br> BRENDAN M. WALSH <br> Pashman Stein Walder Hayden <br> Court Plaza South <br> 21 Main St., Suite 200 <br> Hackensack, NJ 07601 <br> Phone: (201) 488-8200 <br> Fax: (201) 488-5556 <br> Email: <br> jhayden@pashmanstein.com <br> bwalsh@pashmanstein.com |

*Attorneys for Defendant Joseph Centanni*