UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOSEPH CENTANNI<br>                Defendant. | Civil Action No. 2:20-cv-10053-JMV-AME<br><br>Bi-Annual Report of<br>Joseph Centanni |

RECEIVED JUN 6 - 2022 AT 8:30 WILLIAM T. WALSH, CLERK

I, Joseph Centanni, by way of bi-annual report pursuant to paragraph 24 of a consent decree in the above captioned matter entered on December 16, 2021, by Honorable Julien Xavier Neals, United States District Judge, confirm the following:

1. I do not own any residential rental property.

2. I am not directly or indirectly performing any property management responsibilities at any "subject property" as defined in paragraph 15 of the above captioned consent decree and as more particularly listed on attachment "A" to said consent decree or at any other residential property.

3. I am in compliance with all other terms of the above captioned consent decree.

I certify that the above facts are true. I am aware that if any of the foregoing statements made be me is willfully false, I am subject to punishment.

Dated: 5/30/22

Joseph Centanni

Joseph Centanni
223 Camelot Court
Mountainside, NJ 07092

RECEIVED
JUN 6 - 2022
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

UNITED STATES DISTRICT COURT CLERK
MARTIN LUTHER KING JR, FEDERAL BUILDING
50 WALNUT STREET, ROOM 1018
NEWARK, NJ 07102

U.S. POSTAGE PAID
FCM LETTER
GARWOOD, NJ
07027
MAY 31, 22
AMOUNT
$0.58
R2305H127957-08

1000
07102

X-RAYED

0710263506 CO14