Centanni
223 Camelot Ct
Mtside, NJ 07092

CERTIFIED MAIL
9589 0710 5270 0614 7906 22

Retail
RDC 99

U.S. POSTAGE PAID
FCM LETTER
MOUNTAINSIDE, NJ
MAY 29, 2025
07102
$9.68
S2324P503803-4

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 JUN -3 A 7:41

United States District Court Clerk
Martin Luther King Jr, Federal Blding
50 Walnut St, Rm 1018
Newark, NJ 07102

07102-350668

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2025 JUN -3 A 11:41

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JOSEPH CENTANNI<br>              Defendant. | Civil Action No. 2:20-cv-10053-JMV-AME<br><br>Bi-Annual Report of<br>Joseph Centanni |

I, Joseph Centanni, by way of bi-annual report pursuant to paragraph 24 of a consent decree in the above captioned matter entered on December 16, 2021, by Honorable Julien Xavier Neals, United States District Judge, confirm the following:

1. I do not own any residential rental property.

2. I am not directly or indirectly performing any property management responsibilities at any "subject property" as defined in paragraph 15 of the above captioned consent decree and as more particularly listed on attachment "A" to said consent decree or at any other residential property.

3. I am in compliance with all other terms of the above captioned consent decree.

I certify that the above facts are true. I am aware that if any of the foregoing statements made be me is willfully false, I am subject to punishment.

Dated: 5/29/25

                                                                       Joseph Centanni